RECEIVED

SEP 2 9 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

SEP 2 9 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

Janice Holcomb

-vs-                                                    Case No.:  **A-08-CA-681-LY**

Randall Berryhill, et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ **Ty Clevenger** _____, applicant herein, and moves

this Court to grant admission to the United States District Court for the Western District of Texas

*pro hac vice* to represent _____ **Janice Holcomb** _____ in this case, and would respectfully

show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

_____ **Youngkin & Associates (of counsel)** _____,

with offices at

| | |
|---|---|
| Mailing address: | **1716 Briarcrest Drive, Suite 206** |
| City, State, Zip Code: | **Bryan, Texas 77802** |
| Telephone: | **979-260-7030** |
| Facsimile: | **979-530-9523** |

2.   Since ___**May 3, 2002**___, Applicant has been and presently is a member of and in good

standing with the Bar of the State of _____**Texas**_____. Applicant's bar

license number is _____**24034380**_____.

3.   Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **California Supreme Court** | **1/2002** |
| **U.S. Court of Appeals, 8th Cir.** | **1/2002** |
| **U.S. District Court, E.D. Tex.** | **6/2002** |
| **See attachment** | |

4.   Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**See attachment.**

5.   Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**See attachment.**

6.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/A**

7.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and

will comply with the standards of practice set out therein.

8.     Select one:

☑     Applicant has on file an application for admission to practice before the United States

District Court for the Western District of Texas.

☑     Applicant has co-counsel in this case who is admitted to practice before the United

States District Court for the Western District of Texas.

Co-counsel:          **Jeffrey M. Burns**

Mailing address:     **1716 Briarcrest Drive, Suite 206**

City, State, Zip Code: **Bryan, Texas 77802**

Telephone:           **979-260-7030**

9.     Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 *pro*

*hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to:

**Clerk, U.S. District Court**].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Ty Clevenger**_____ to the Western District of Texas *pro hac vice* for

this case only.

Respectfully submitted,

**Ty Clevenger**
_____
[printed name of Applicant]

_____
[signature of Applicant]

- 3 -

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _26th_ day of _September_ , _2008_ .


                                                 **Ty Clevenger**
                                      [printed name of Applicant]



                                      [signature of Applicant]

- 4 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**Janice Holcomb**

-vs-                                      **Case No.   A-08-CA-681-LY**

**Randall Berryhill, et al.**

_____

**O R D E R**

        BE IT REMEMBERED on this the _____ day of _____, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

_____**Ty Clevenger**_____, counsel for _____**Janice Holcomb**_____, and the

Court, having reviewed the motion, enters the following order:

        IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and

_____**Ty Clevenger**_____ may appear on behalf of _____**Janice Holcomb**_____

in the above case.

        IT IS FURTHER ORDERED that _____**Ty Clevenger**_____, if he/she has

not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-1(f)(1).

        SIGNED this the _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE

Application for Admission to the Bar of the
U.S. District Court for the Western District of Texas

ATTACHMENT:

Question 3 (continued):

| Court | Year Admitted |
|---|---|
| W.D. Tenn. | 2003 |
| U.S. Court of Appeals, 10th Cir. | 2007 |
| N.D. Cal. | 2007 |

Question 4:

I am an inactive member of the California Bar, and my membership has expired in W.D. Tenn. and the 8th Circuit.

Question 5:

In 2005, an acquaintance who was serving as an expert witness in a case in Little Rock, Arkansas contacted me about possible misconduct by an attorney. I reported the alleged misconduct to the Arkansas disciplinary committee and the trial judge, Timothy Fox of the 6th Judicial Circuit of Arkansas. I was neither an attorney nor a party in the case, but Judge Fox referred me to the Arkansas disciplinary committee for allegedly making an improper *ex parte* contact. The committee chairman dismissed the charge without a hearing.