IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 OCT -3  AM 8: 39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY

Janice Holcomb

-vs-                                  Case No.  A-08-CA-681-LY

Randall Berryhill, et al.

_____

ORDER

BE IT REMEMBERED on this the _2nd_ day of _October, 2008_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Ty Clevenger**_____, counsel for _____**Janice Holcomb**_____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and _____**Ty Clevenger**_____ may appear on behalf of _____**Janice Holcomb**_____ in the above case.

IT IS FURTHER ORDERED that _____**Ty Clevenger**_____, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(1).

SIGNED this the _2nd_ day of _October, 2008_.

_____
UNITED STATES DISTRICT JUDGE